```
                                                    FILED

                                                 17 FEB 22 PM 3:19

                                                 CLERK, U.S. DISTRICT COURT
                                                 SOUTHERN DISTRICT OF CALIFORNIA

                                              BY        SRA        DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK SHUMAKER, *by and through his Guardian Ad Litem Patrice Shumaker*,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, and Does 1-50,<br><br>Defendants. | Case No.: 3:16-cv-02652-BEN-AGS<br><br>**ORDER GRANTING MOTION TO APPOINT GUARDIAN AD LITEM** |

Plaintiff Jack Shumaker[1] has filed an *ex parte* motion to appoint Patrice Shumaker as his Guardian Ad Litem. (Docket No. 7.) Pursuant to Rule 17(c)(1)(A), a "general guardian" may sue on behalf of a minor, and a "a parent is a guardian who may so sue." *Prudential Ins. Co. of Am. v. Remington*, No. 2:12-CV-02821-GEB, 2013 WL 3070629, at *1 (E.D. Cal. June 17, 2013) (quoting *Cmty. for Equity v. Mich. High Sch. Athletic Ass'n*, 26 F. Supp. 2d 1001, 1006 (W.D. Mich. 1998)). Thus, although it does not appear that such an order is necessary, the Court **GRANTS** Plaintiff's motion.

---

[1] Although the Motion names both Patrice Shumaker and Jack Shumaker "Plaintiff" (docket no. 7 at 1:18; 1:23), it is the Court's understanding that Jack Shumaker is the sole named plaintiff in this action.

1

1   Patrice Shumaker is hereby appointed as Plaintiff's Guardian Ad Litem. However,
2   should Patrice Shumaker become a plaintiff to the action and an actual or potential
3   conflict of interest arises between her and Jack Shumaker, the Court must appoint a new
4   Guardian Ad Litem. *See Bhatia v. Corrigan*, No. C 07-2054 CW, 2007 WL 1455908, at
5   *1 (N.D. Cal. May 16, 2007) (quoting *Williams v. Superior Court,* 54 Cal. Rptr. 3d 13, 23
6   (Cal. Ct. App. 2007) ("[I]f the parent has an actual or potential conflict of interest with
7   his child, the parent has no right to control or influence the child's litigation.")).

8   **IT IS SO ORDERED.**

10  DATED: February ___, 2017

            _____
            HON. ROGER T. BENITEZ
            United States District Judge